FILED
2022 Apr-28 PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
for the
## NORTHERN DISTRICT OF ALABAMA

_October Vishaun Jones_
_____
*Plaintiff,*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

_Jefferson County Commission_
_____

2022 APR 28 P 2:42

Case No.: _4:22-CV-537-SGC_
*(to be filled in by the Clerk's Office)*

JURY TRIAL  ☐ Yes   ☐ No

_____
*Defendant(s),*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.     The Parties to This Complaint**

**A.     The Plaintiff**

Name                              _October Vishaun Jones_

Street Address                    _P O Box 1870_

City and County                   _Pell City, St Clair County_

State and Zip Code                _Alabama 35125_

Telephone Number                  _205-225-8399_

E-mail Address *(if known)*       _Jones October@att.net_

☒     **Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.**

_4/25/2022_
**Date**

_____
**Participant Signature**

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## II.    Basis for Jurisdiction

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jefferson County Commission |
| Job or Title *(if known)* | |
| Street Address | 2121 Richard arrington JR BlVD N RM 801 |
| City and County | Birmingham   Jefferson County |
| State and Zip Code | Alabama     35203 |
| Telephone Number | 205-325-5505 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Statement of claim

October Vishaun Jones

I am a black female who has worked for the above-mentioned employer for theee years as a Striping Operator. I am aware that I am the first female to hold this role. When the COVID 19 pandemic began, we were assigned trucks to work in order to limit contact with people. In July 2021, Carlos Windham became my acting supervisor. He had no experience and had to learn on-the -Job. On November 08 1021, he reassigned me to work on the cone truck because he did not feel like working that day.  I pointed out that this was a violation of our COVID policy which required us to work on the same truck with the same people. I offered to put the cones on my truck and he refused my offer. He said, I am the man and you have to do what I say. He then reported that I was refusing to do my job and I was written up and I was suspended for 10-days. I believe that I was disciplined and suspended because of my race and sex, in violation of Title VII of the Civil Rights Act of 964, as amended. I have also been picked on by Wesley Gregory since filing an appeal on a decision made by Heather Carter, he has been harassing me about parking in a space that I have been parking at every since I have been working here, it is a legal parking space on the lot and he wants me to move to another space because he wants the white men to park there.

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address *(if known)* _____

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name    JeFFerson County Commission

Street Address    2121 Richard arington JR BLVD N RM 801

City and County    Birmingham    JeFFerson County

State and Zip Code    alabama    35203

Telephone Number    205-325-5505

II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me

☐    Termination of my employment

☐    Failure to promote me

☐    Failure to accommodate my disability

☒    Unequal terms and conditions of my employment

☒    Retaliation

☐    Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s):

11/08/2021, 04/14/22    04/07/2022, 03/07/2022

02/24/2022

C.    I believe that defendant(s) *(check one)*:

☒    is/are still committing these acts against me

☐    is/are not still committing these acts against me

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒    race        _____

☐    color        _____

☒    gender/sex    _____

☐    religion        _____

☐    national origin    _____

☐    age *(year of birth)*    _____
                *(only when asserting a claim of age discrimination)*

☐    disability or perceived disability *(specify disability)*_____

_____

E.    The facts of my case are as follows. Attach additional pages if needed. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: _____

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter

☒    issued a Notice of Right to Sue letter, which I received on *(date)*: _02-14-22_

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed

☐    less than 60 days have elapsed

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like for the people who have caused me emotional distress and anxiety to be removed from their position and for the people who have almost caused me my life by making employees who had Covid come to work and proceded to give me Covid twice be removed also. I would like to be compensated by whatever the law established is appropriate for the emotional distress and anxiety that i endure every day when i go to work,

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

### B.    For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, AL  35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Direct Dial: (205) 651-7032
FAX (601) 714-2202
Website: www.eeoc.gov

## <u>DETERMINATION AND NOTICE OF RIGHTS</u>

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/14/2022

**To:** October Jones
PO Box 1870
Pell City, AL 35125

Charge No: 420-2022-01039

EEOC Representative and email:          RICHARD GROOMS
Federal Investigator
richard.grooms@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 420-2022-01039.

On Behalf of the Commission:

Ray Grooms,
Federal Investigator

Digitally signed by Ray
Grooms, Federal Investigator
Date: 2022.02.14 09:21:02
-06'00'

for Bradley Anderson
District Director

Cc: Shawanna H Smith
    Jefferson County Commission
    Smithsha@jccal.org

Please retain this notice for your records.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | EEOC | **420-2022-01039** |

| | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>October Jones | Home Phone<br>(205) 225-8226 | Year of Birth |
|---|---|---|

Street Address

PO Box 1870

PELL CITY, AL 35125

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>JEFFERSON COUNTY COMMISSION | No. Employees, Members<br>15 - 100 Employees | Phone No.<br>(205) 325-5505 |
|---|---|---|

Street Address

2121 RICHARD ARRINGTON JR BLVD N RM 801

BIRMINGHAM, AL 35203

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON<br><br>Sex, Race | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest 11/08/2021 | Latest 02/07/2022 |
|---|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a black female who has worked for the above-named employer for three years as a Striping Operator. I am aware that I am the first female to hold this role. When the COVID-19 pandemic began, we were assigned trucks to work in order to limit contact with people. In July 2021, Carlos Wiedman became my acting supervisor. He had no experience and had to learn on-the-job. On November 08, 2021, he reassigned me to work on the cone truck because he did not feel like working that day. I pointed out that this was a violation of out COVID policy which required us to work on the same truck with the same people. I offered to out the cones on my truck and he refused my offer. He said, I am the man, and you have to do what I say. He then reported that I was refusing to do my job and I was written up and I was suspended for 10-days. I believe that I was disciplined and suspended because of my race and sex, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: October Jones**<br>**02/10/2022**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |